UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY TALBERT

VERSUS

WARDEN JIM BROWN, ET AL.

CIVIL ACTION

NO. 05-1248-C-M2

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 18th day of December, 2007.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT